POGOR ET AL. *v.* NEW YORK.

No. 874.   Decided April 28, 1958.

*Bernard Tompkins* for appellants.

*Frank S. Hogan* and *Richard G. Denzer* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION 795 ET AL. *v.* NEWELL, DOING BUSINESS AS EL DORADO DAIRY.

No. 847.   Decided April 28, 1958.

*Payne H. Ratner* for petitioners.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment of the Supreme Court of Kansas is reversed. *Thornhill* v. *Alabama,* 310 U. S. 88, 98, *Third.*